# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2411
_____

Robert Newbern; Patricia Newbern

*Plaintiffs - Appellants*

v.

American Family Mutual Insurance Company

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: May 24, 2021
Filed: May 27, 2021
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Robert and Patricia Newbern appeal following the district court's[1] adverse grant of summary judgment in their diversity action. After careful de novo review of the record, the parties' submissions on appeal, and the issues properly before us, *see Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Abbie Crites-Leoni, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).